# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0699

IN THE INTEREST OF B.L.

**JULY 2, 2026**

---

In Re:     B.L., applying for supervisory writs, Juvenile Court, Parish of East Baton Rouge, No. 2026 JU 00152.

---

BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.

**WRIT DENIED.**

AHP
HG
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT